**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **FORTUNA AUCTION LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3855567** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **608 Fifth Avenue**<br>**Suite 507**<br>**New York, NY 10020**<br>Number, Street, City, State & ZIP Code | **14611 Southern Blvd.**<br>**Suite 272**<br>**Wellington, FL 33470**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **FORTUNA AUCTION LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5619

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **FORTUNA AUCTION LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district?***

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **FORTUNA AUCTION LLC**
Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **FORTUNA AUCTION LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 1, 2025**
⠀⠀⠀⠀⠀⠀⠀MM / DD / YYYY

**X** /s/ Hertbert John Saxon
⠀⠀Signature of authorized representative of debtor

**Hertbert John Saxon**
Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** /s/ Tracy L. Klestadt          Date **April 1, 2025**
⠀⠀Signature of attorney for debtor          MM / DD / YYYY

**Tracy L. Klestadt**
Printed name

**Klestadt Winters Jureller Southard & Stevens, LLP**
Firm name

**200 West 41st Street**
**17th Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 972-3000**          Email address    **tklestadt@klestadt.com**

**2089985 NY**
Bar number and State

**UNANIMOUS WRITTEN CONSENT
OF THE MEMBER OF
FORTUNA AUCTION, LLC**

The undersigned, constituting the sole Member of **FORTUNA AUCTION, LLC** (the "Company"), a Delaware limited liability company, adopted the following resolutions by unanimous written consent in lieu of a meeting:

Following a review, discussion and careful consideration of the Company's financial condition;

**WHEREAS,** in the judgment of the Company it is desirable and in the best interest of the Company, its employees, creditors and other interested parties, that a petition be filed by the Company for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); it is hereby

**RESOLVED,** that the Company be, and hereby is, authorized to file a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and it is

**FURTHER RESOLVED,** that Herbert John Saxon ("Manager"), shall be, and hereby is, authorized, directed and empowered on behalf of, and in the name of, the Company to: (a) prepare, execute and verify the petition and all schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action he deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and it is

**FURTHER RESOLVED,** that the Manager shall be, and is, authorized, directed and empowered to retain, on behalf of the Company, Klestadt Winters Jureller Southard & Stevens, LLP ("KWJSS") as general bankruptcy counsel to represent and assist the company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Manager is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of KWJSS; and it is

**FURTHER RESOLVED,** that the Manager be, and hereby is, authorized, directed and empowered on behalf of, and in the name of, the Company to retain such other professionals as may be necessary, in his reasonable discretion, to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Manager is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary; and it is

**FURTHER RESOLVED**, that the firms set forth above and any additional professionals selected by the Manager be, and hereby are, authorized, empowered and directed to represent the Company, as debtor in connection with any chapter 11 case commenced by it under the Bankruptcy Code; and it is

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Manager, the Manager (and his designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken or to be taken in connection with the transactions contemplated by and the implementation of these resolutions in all respects are hereby ratified, confirmed and approved; and

**IN WITNESS WHEREOF**, the undersigned, being the sole Member of the Company, does hereby execute this consent as of April 1, 2025.

FORTUNA LUXURY GROUP, LLC

By: */s/ Herbert John Saxon*
Name:  Herbert John Saxon
Title:   Managing Member

# United States Bankruptcy Court
## Southern District of New York

In re    **FORTUNA AUCTION LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **FORTUNA AUCTION LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Fortuna Luxury Group LLC**

☐ None [*Check if applicable*]

**April  1, 2025**

Date

**/s/ Tracy L. Klestadt**

**Tracy L. Klestadt**

Signature of Attorney or Litigant

Counsel for    **FORTUNA AUCTION LLC**

**Klestadt Winters Jureller Southard & Stevens, LLP**

**200 West 41st Street**
**17th Floor**
**New York, NY 10036**
**(212) 972-3000 Fax:(212) 972-2245**
**tklestadt@klestadt.com**

# United States Bankruptcy Court
## Southern District of New York

In re    **FORTUNA AUCTION LLC**　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　Debtor(s)　　Chapter 　**11**　_____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 　**April  1, 2025**　_____　　**/s/ Hertbert John Saxon**_____

　　　　　　　　　　　　　　　　　　　　　　**Hertbert John Saxon/Manager**
　　　　　　　　　　　　　　　　　　　　　　Signer/Title

608 COMPANY, LLC
C/O CBRE PROPERTY MGMT/ATT: THERESA EGAN
58 SOUTH SERVICE ROAD, SUITE 410
MELVILLE, NY 11747


A2M GEMS INC
ATTN: MICHAEL DAVIDOV, ARON BANGIEW
55 WEST 47TH STREET, SUITE 640
NEW YORK, NY 10036


ALAN EATON
11631 ORCHARD SPRING COURT
CUPERTINO, CA 95014


ALAN ISRAEL
62 INDIAN WELLS ROAD
BREWSTER, NY 10509


ALETTO BROS
ATTN: ALFREDO & MARIO ALETTO
119 E PALMETTO PARK ROAD
BOCA RATON, FL 33432


ALMOR DESIGN INC.
ATTN: MICHAEL HAKIMIAN
98 CUTTER MILL ROAD, NO. 125
GREAT NECK, NY 11024


ALTUS COMMERCIAL RECEIVABLES/CHAD GREEN
2121 AIRLINE DRIVE
SUITE 520
METAIRIE, LA 70001


AMBUY INTERNATIONAL
ATTN: GIDEON ABRAHAM
580 5TH AVENUE, SUITE 2903
NEW YORK, NY 10036


AMERICAN EXPRESS
P.O. BOX 981535
EL PASO, TX 79998-1535


AMERICAN GEMSTONE HOUSE
47 WEST 47TH STREET
SUITE 4E-L
NEW YORK, NY 10036

AMERIFI CAPITAL LLC
750 EAST MAIN STREET
SUITE 620
STAMFORD, CT 06902


ANISSA CARROLL
190 SPRUCE STREET, NO. 1
LONG BRANCH, NJ 07740


ANNA LIN
43-25 HUNTER STREET
APT. 4902W
LONG ISLAND CITY, NY 11101


ARCHITECTURAL ELEGANCE INC.
ATT: WAYNE FEUERHERM
ORLANDO, FL 32803


AVANZA CAPITAL HOLDINGS LLC
40 WALL STREET
SUITE 2905
NEW YORK, NY 10005


AVIS JEWELRY COMPANY
ATTN: MICHAEL KAIKOV
37 WEST 47TH STREET, WINDOW NO. 1
NEW YORK, NY 10036


BANK OF AMERICA
P.O. BOX 660441
DALLAS, TX 75266-0441


BARRY WEINTRAUB
2 SHERBROOKE PARK
PURCHASE, NY 10577


BK IMPORTS
ATTN: BENJAMIN KHORSANDI
67 FOREST ROW
GREAT NECK, NY 11024


BLUEVINE
401 WARREN STREET
SUITE 300
REDWOOD CITY, CA 94063

BNB LUXURY LLC
ATTN: JORDAN BAUMBLIT
32 W 47TH STREET, SUITE 6
NEW YORK, NY 10036


BRAVERMAN LLC / DANIEL S. BRAVERMAN, ESQ
19 WEST 44TH STREET
SUITE 1500
NEW YORK, NY 10036


BREAKOUT CAPITAL LLC
1451 DOLLEY MADISON
SUITE 200
MCLEAN, VA 22101


BURCHARD GALLERIES
ATTN: RANDY CUMMINGS
2528 30TH AVENUE N
ST. PETERSBURG, FL 33713


C.S. LOH
18 MELROSE DRIVE
SINGAPORE 358511


CALIFORNIA DEPT. OF TAX AND FEE ADMIN.
P.O. BOX 942879
SACRAMENTO, CA 94279


CBRE
ATT: THERESA EGAN
58 SOUTH SERVICE ROAD, SUITE 410
MELVILLE, NY 11747


CHASE
P.O. BOX 15123
WILMINGTON, DE 19850-5123


CHRISTINA DESIGNS
608 5TH AVENUE
SUITE 801
NEW YORK, NY 10020


CHRISTOPHER WALLING JEWELRY
ATTN: CHRISTOPHER WALLING
445 PARK AVENUE, SUITE 944
NEW YORK, NY 10022

CITY AND COUNTY OF DENVER
201 W. COLFAX AVENUE
DEPT. 1009
DENVER, CO 80202

CITY OF ASPEN
427 RIO GRANDE PLACE
ASPEN, CO 81611

CITY OF BOULDER
1777 BROADWAY
BOULDER, CO 80302

COLOR JEWELS INC.
ATTN: TARUN DANGAYACH
36 W 44TH STREET, NO. 900
NEW YORK, NY 10036

COLORADO DEPT. OF REVENUE
P.O. BOX 17087
DENVER, CO 80214

COMPTROLLER OF MARYLAND
REVENUE ADMINISTRATION DIVISION
110 CARROLL STREET
ANNAPOLIS, MD 21411-0001

CORPORATION COUNSEL CITY OF NEW YORK
100 CHURCH STREET
5TH FLOOR
NEW YORK, NY 10007

DANA GREEN
239 MELBOURNE AVENUE
MAMARONECK, NY 10543

DAVID FOGEL P.C.
1225 FRANKLIN AVENUE
SUITE 201
GARDEN CITY, NY 11530

DAVID FOSTER
13 N MONTEREY STREET
MOBILE, AL 36604

DGA
429 WEST 53RD STREET
NEW YORK, NY 10019


DIACRAFT CO., LTD, ATTN: ALOK PUROHIT
322/30 SURAWONGWATTANAKARN
16TH FLOOR, SURAWONGSE ROAD
SIPRAYA, BANGKOK 10500-0000 TH


E.F. GEM
ATTN: CRAIG FALLER
555 5TH AVENUE,19TH FOOR
NEW YORK, NY 10017


EBF HOLDINGS LLC D/B/A EVEREST BUSINESS
102 WEST 38TH STREET
6TH FLOOR
NEW YORK, NY 10018


EDUCATION + IMPLEMENTATION SERVICES LLC
14267 HALLS HILL PIKE
MILTON, TN 37118


ELIE FREI LLC
ATTN: ELI FREI
608 5TH AVENUE, SUITE 403
NEW YORK, NY 10020


EMSARU
ATTN: ATUL DANGAYACH
608 5TH AVENUE, SUITE 500
NEW YORK, NY 10020


EXPRESSIONS BY EDITH
ATTN: EDITH LOWENTHAL
15 W 47TH STREET, NO. 901
NEW YORK, NY 10036


FEDEX
P.O. BOX 371461
PITTSBURGH, PA 15250-7461


FERRARI EXPRESS INC.
580 FIFTH AVENUE
SUITE 509
NEW YORK, NY 10036

GABRIELLA G. VOLSHTEYN, PLLC
2 PARK AVENUE
20TH FLOOR
NEW YORK, NY 10016


GALAPO DIAMONDS
ATTN: STEVEN GALAPO
15 W 47TH STREET, NO. 1204
NEW YORK, NY 10036


GENE ROSEN'S LAW FIRM
200 GARDEN CITY PLAZA
SUITE 405
GARDEN CITY, NY 11530


GEORGIA DEPARTMENT OF REVENUE
2595 CENTURY PARKWAY NE
SUITE 317
ATLANTA, GA 30345-3173


GINA LOMMERIN
28 SANDY COVE
NEWPORT COAST, CA 92657


GLORIA NEMEROFF
4602 CONNIE'S COURT LANE
MISSOURI CITY, TX 77459


HENICK LANE
45-33 DAVIS STREET
LONG ISLAND CITY, NY 11101


HERBERT JOHN SAXON
14611 SOUTHERN BLVD.
SUITE 272
WELLINGTON, FL 33470


HERBERT JOHN SAXON


HERBERT LESLIE SAXON
14267 HALLS HILL PIKE
MILTON, TN 37118

HOPE ANTIQUE & ESTATE JEWELRY, LLC
ATTN: ANN ANDRADES
1177 AVENUE OF THE AMERICAS, ROOM 5088
NEW YORK, NY 10026


ILLINOIS DEPARTMENT OF REVENUE
P.O. BOX 19025
SPRINGFIELD, IL 62794-9025


INEZ BON
347 WEST 39TH STREET
APT 13 N
NEW YORK, NY 10018


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101


ISAAC ANTIQUES
62 WEST 47TH STREET
NEW YORK, NY 10036


JAMIE SULLIVAN
41905 LAROI DRIVE
NOVI, MI 48377


JANE SEIBERT
30 VISTA DRIVE
LITTLE SILVER, NJ 07739-1612


JB JEWELS
ATTN: JANE BECKER
17 CHITTENDEN AVENUE, 5B
NEW YORK, NY 10033


JENN'S ANTIQUES INC.
ATTN: JENNY CHEN
589 FIFTH AVENUE, ROOM 1309
NEW YORK, NY 10017


JENNIFER DORN
11175 SANTA MONICA BLVD.
8TH FLOOR
LOS ANGELES, CA 90025

JERRY GIL & CO. LTD
ATTN: JERRY GIL
608 5TH AVENUE, NO. 501
NEW YORK, NY 10020


JERRY HOGAN INC.
ATTN: JERRY HOGAN
22 WEST 48TH STREET, 14TH FLOOR
NEW YORK, NY 10036


JESSE ALVARADO
[MAILING ADDRESS UNKNOWN]


JESUS ORTIZ
779 RIVERSIDE DRIVE
B-65
NEW YORK, NY 10032


JEWELRY APPRAISAL LABORATORY
ATTN: DAVIA KRAMER
2711 KILLARNEY WAY, SUITE G
TALLAHASSEE, FL 32309


JEWELRY ARTISANS
ATTN: JAMIE KRESL
4500 OLDE PERIMETER WAY
ATLANTA, GA 30346


JEWELRY WORLD
ATTN: GUY ATTIA
19275 BISCAYNE BOULEVARD, NO. 6
AVENTURA, FL 33180


JODY JOHNSON
20220 SWALLEY ROAD
BEND, OR 97703


JOE FLACCAVENTO
20 TUSCANY DRIVE
WAPPINGERS FALL, NY 12590


JOSEPH DARDASHTI LTD
ATTN: JOSEPH DARDASHTI
580 5TH AVENUE, 21ST FLOOR
NEW YORK, NY 10036

JUDITH NOEL
110 PINEAPPLE ROAD
DELRAY BEACH, FL 33444


KATE FISHER
1714 FORTUNA STREET
SARASOTA, FL 34239


LASHUNDA LONG
1984 HOWELL MILL ROAD NW, UNIT 250552
ATLANTA, GA 30325


LAW OFFICES OF FLORENCE ZABOKRITSKY PLLC
102-02 METROPOLITAN AVENUE
2ND FLOOR
FOREST HILLS, NY 11375


LEVITON LAW FIRM/DON LEVITON, ESQ.
ONE PIERCE PLACE
SUITE 725W
ITASCA, IL 60143


LIEBERMAN AND KLESTZICK, LLP
P.O. BOX 356
CEDARHURST, NY 11516


LIMRA GEMS CO., LTD, ATTN: AJMAL DEEN
SITA BUILDING
388 SI LOM ROAD, 6TH FLOOR, 603-A
BANGKOK, TH 10500


LISSBERGER ENTERPRISES
ATTN: MICHELE LISSBERGER
P.O. BOX 5160
LA QUINTA, CA 92248


M. KHORDIPOUR INC.
ATTN: MICHAEL KHORDIPOUR
608 FIFTH AVENUE, SUITE 503
NEW YORK, NY 10020


M. LEIGH JEWELRY DESIGNS
ATTN: MARY HOWORTH
2720 E ROCK LAND DRIVE
WASHINGTON, UT 84780

MADHUKA WEERASINGHE
[MAILING ADDRESS UNKNOWN]


MAHA AL-NAEMI
RESIDENTIAL LUSAIL VILLA 39
STREET 401, ZONE 69
DOHA, QA 23707


MALCA AMIT
ATTN: SHANAZ KANHAI
153-66 ROCKAWAY BOULEVARD
JAMAICA, NY 11434


MANAL SOLIMAN
3 ST 9, MOKATTAM
CAIRO, EGYPT 11571


MARGARET MARTIN
15450 SE 103RD PLACE ROAD
OCKLAWAHA, FL 32179


MARIE MOLINET
350 SOMERSET LANE SE
MARIETTA, GA 30067


MARINA J
116644 NATIONAL BOULEVARD
SUITE 125
LOS ANGELES, CA 90064


MARY BIANCHI HARRINGTON
607 WILMETTE AVENUE
WILMETTE, IL 60091


MELIDAM ENTERPRISES INC.
ATTN: GUILLERMO RADUNSKY
1549 NE 123RD STREET
MIAMI, FL 33161


MELISSA ROSENBLOOM
401 E. 86TH STREET
APT. 3B
NEW YORK, NY 10028

MELVIN WEINTRAUB
2 SHERBROOKE PARK
PURCHASE, NY 10577


MICHIGAN DEPARTMENT OF TREASURY
MICHIGAN DEPARTMENT OF TREASURY
LANSING, MI 48922


MICHIYO YAMAZAKI
136 OGDEN AVENUE
UNIT 2-S
JERSEY CITY, NJ 07307


MILES & STOCKBRIDGE P.C./LAURA LIFF, ESQ
1751 PINNACLE DRIVE
SUITE 1500
TYSONS CORNER, VA 22102


MINJING ZHONG
UNIT 1806, HONGJIALIYUAN, ZHICHUN ROAD
HAIDIAN DISTRICT
BEIJING, CHINA


MORDECHAI GRINGRAS
494 EAST 2ND STREET
BROOKLYN, NY 11218


MORELLE DAVIDSON UK LTD
ATTN: ELLI ABRAMOV
53 MADDOX STREET
LONDON W1S 2PH, GREAT BRITAIN


NEIL DOUGHTY
5321 CHATEAU PLACE
MINNEAPOLIS, MN 55417


NEKESHA SAWH
889 LAFAYETTE AVENUE
BROOKLYN, NY 11221


NEW JERSEY DIVISION OF TAXATION
P.O. BOX 999
TRENTON, NJ 08646-0999

NEWITY LLC
1123 WEST WASHINGTON BLVD.
SUITE 3
CHICAGO, IL 60607


NHUNG DANG
1307 W PINECREST DRIVE
PEORIA, IL 61614


NYC DEPT. OF FINANCE
59 MAIDEN LANE, 28TH FLOOR
NEW YORK, NY 10038


NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY UNIT - TCD
BUILDING 8, ROOM 455 W.A. HARRIMAN STATE
ALBANY, NY 12227


NYS OFFICE OF THE ATTORNEY GENERAL
ATTN: ENID STUART, ESQ.
SPECIAL BANKRUPTCY COUNSEL 28 LIBERTY ST
NEW YORK, NY 10005


OHIO DEPARTMENT OF TAXATION
P.O. BOX 182215
COLUMBUS, OH 43218


OVERTON FUNDING LLC
2802 N. 29TH AVENUE
HOLLYWOOD, FL 33020


PAR PLUMBING COMPANY
60 N. PROSPECT AVENUE
LYNBROOK, NY 11563


PARKSIDE FUNDING GROUP LLC
1615 AVENUE I
APT. 122
BROOKLYN, NY 11230


PENNSYLVANIA DEPARTMENT OF REVENUE
P.O. BOX 280905
HARRISBURG, PA 17128-0905

PETER INDORF DESIGNS
ATTN: PETER INDORF
1103 W HIBISCUS BOULEVARD, SUITE 307B
MELBOURNE, FL 32901


PETER LENNEP
5 WEST 19TH STREET, 10TH FLOOR
NEW YORK, NY 10011


PH GEMS INTERNATIONAL
ATTN: PADAM KALA
580 FIFTH AVENUE, ROOM 2404
NEWYORK, NY 10036


PWTI MEDIA SERVICES PVT LTD
ASHAR IT PARK, WAGLE ESTATE
THANE 400 604
INDIA


QUEU VENTURES
ATTN: ALEX ISRAELOV
20 W 47TH STREET, SUITE 405
NEW YORK, NY 10036


RACHEL CASACLANG-SZELL
62 LIVINGSTON STREET
NO. 9
BROOKLYN, NY 11201


RANDALL BLUMENTHAL
146 MOADOCK ROAD
MILLERTON, NY 12546


RAPID FINANCE
4500 EAST WEST HIGHWAY
6TH FLOOR
BETHESDA, MD 20814


REHS CO. INC.
608 FIFTH AVENUE
#1011
NEW YORK, NY 10020


RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

RICHARD HUBBARD
167 MOOSEHORN ROAD
NEW SALEM, MA 01355


RICHARD ROBB
3270 2240 E STREET
ST. GEORGE, UT 84790


RICK SHATZ INC
ATTN: RAM RAVIV
580 5TH AVENUE, SUITE 1800
NEW YORK, NY 10036


ROBYN WOLFSON
751 W PARK AVENUE
LONGBEACH, NY 11566


ROSENBERG & ESTIS, P..C. / NEIL C. DWORK
733 THIRD AVENUE
NEW YORK, NY 10017


RUYIN HE
305 W LE ROY AVENUE
ARCADIA, CA 91007


SARA ALVAREZ
20 WINTHROP AVENUE
LIBERTY, NY 12754


SHERWIN LOH
18 MELROSE DRIVE
SINGAPORE 358511


SHOSHANA GOL
212 EAST 47TH STREET
34F
NEW YORK, NY 10017


SIMON BARKAGAN
521 PARK AVENUE
NEW YORK, NY 10065


SOUTH CAROLINA DEPARTMENT OF REVENUE
300 A OUTLET POINTE BOULEVARD
COLUMBIA, SC 29210

SOUTHERN UTAH GEM & JEWELRY APPRAISALS
ATTN: PATRICK STOUT
1031 SOUTH BLUFF STREET, SUITE 116
ST. GEORGE, UT 84770


SPECIALTY CAPITAL LLC
224 WEST 35TH STREET
SUITE 500
NEW YORK, NY 10001


SPECTRUM DIGITALS
[MAILING ADDRESS UNKNOWN]


SQUARE FINANCIAL SERVICES, INC.
3165 E. MILLROCK DRIVE
SUITE 160
SALT LAKE CITY, UT 84121


SQUARE FINANCIAL SERVICES, INC.
1955 BROADWAY, SUITE 600
OAKLAND, CA 94612


SQUARE FUNDING LLC D/B/A SQUARE ADVANCE
90 E. HALSEY ROAD
PARSIPPANY, NJ 07054


STACY BUTLER
3 SCHINDLER COURT
APT. 38
MIDDLETOWN, NY 10940


STATE OF FLORIDA DEPARTMENT OF REVENUE
TAXPAYER SERVICES, MAIL STOP 3-2000
5050 W TENNESSEE STREET
TALLAHASSEE, FL 32399


SURANA JEWELERS OF JAIPUR
C/O PROMPT GEMS - ATTN: AJAY SURANA
608 FIFTH AVENUE, SUITE 401
NEW YORK, NY 10020


TANJA HERNANDEZ
69-01 35TH AVENUE
NO. 36
NEW YORK, NY 11377

TENHAGEN APPRAISALS
ATTN: JANE RAMSEY
14 NE 1ST AVENUE, SUITE 708
MIAMI, FL 33132


TENNESSEE DEPARTMENT OF REVENUE
500 DEADERICK STREET
NASHVILLE, TN 37242


TEXAS COMPTROLLER
P.O. BOX 13528
AUSTIN, TX 78711


TIBET TREASURES, INC.
ATTN: PHUNTSOK DECHEN
3121 54TH STREET, NO. 3J
WOODSIDE, NY 11377


TRAVIS LUDWIG
44 FOREST COVE ROAD
HILTON HEAD ISLAND, SC 29928


TREASURE MOUNTINGS INC D/B/A DIAMOND
CLUB INTERNATIONAL, ATTN: OZCAN
MAGZALCIOGLU, 66 WEST 47TH STREET, NO. 5
NEW YORK, NY 10036


UNITED STATES ATTORNEY'S OFFICE
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007


UNIVERSAL GEMS, ATTN: NICK KOTHARI
UNIT A, 6/F, QUEENS CENTRE
58-64 QUEENS ROAD EAST
WAN CHAI, HK


VANESSA BARROS
81 BUNKER HILL ROAD
WATERTOWN, CT 06795


VARDA SINGER
26 S. GREELEY AVENUE
CHAPPAQUA, NY 10514

```
VIRGINIA TAX OFFICE OF CUSTOMER SERVICE
P.O. BOX 1115
RICHMOND, VA 23218-1115


YASHI U.S.A. INC.
ATTN: RAJESH JAIN
10460 QUEENS BOULEVARD, NO. 21B
QUEENS, NY 11375


ZAW WIN
1825 HAVERSHAM KEY
VIRGINIA BEACH, VA 23454
```