**10:07 AM**
**04/02/25**
**Accrual Basis**

# Fortuna Auction LLC
## Profit & Loss
### January 1 through April 1, 2025

|  | Jan 1 - Apr 1, 25 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Premium Income** | |
|       Buyer's Premium | 73,422.50 |
|       Seller's Premium | 36,022.50 |
|     **Total Premium Income** | 109,445.00 |
|     **Service Fee Income** | |
|       **Payment Processing Income** | |
|         Square Income | 1,333.44 |
|       **Total Payment Processing Income** | 1,333.44 |
|       Jewelry Repair & Cert Income | 1,365.00 |
|       Shipping Income | 6,475.01 |
|     **Total Service Fee Income** | 9,173.45 |
|   **Total Income** | 118,618.45 |
|   **Cost of Goods Sold** | |
|     **All Revenue Share Agreements** | |
|       Profit Share Digital Platforms | 705.00 |
|       Reserve Credits | 2,955.95 |
|       Referral Commissions. | 1,321.38 |
|     **Total All Revenue Share Agreements** | 4,982.33 |
|     **Auction Operations Costs** | |
|       Auction Mgmt Software | 323.37 |
|       Auction Outside Labor | 8,479.20 |
|       Digital Auction Platforms | 119.00 |
|     **Total Auction Operations Costs** | 8,921.57 |
|     **Catalog Costs** | |
|       Freelance Models | 450.00 |
|       Photo Editing | 448.50 |
|     **Total Catalog Costs** | 898.50 |
|     **Service Fee Expenses** | |
|       Shipping of Purchased Goods | 9,633.52 |
|       **Merchant Fees** | |
|         Credit Card Fees | 3,059.67 |
|         Square Fees | 1,183.24 |
|         Wire Discounts | 0.01 |
|       **Total Merchant Fees** | 4,242.92 |

10:07 AM  
04/02/25  
Accrual Basis

# Fortuna Auction LLC
## Profit & Loss
### January 1 through April 1, 2025

|  | Jan 1 - Apr 1, 25 |
|---|---:|
| **Jewelry Repair/Certs Costs** | 917.00 |
| **Total Service Fee Expenses** | 14,793.44 |
| Returned Lots | 596.35 |
| Bad Debt Expense | 22,376.08 |
| **Total COGS** | 52,568.27 |
| **Gross Profit** | 66,050.18 |
| **Expense** | |
|   **General & Administrative** | |
|     Loan Origination Fees | 27,000.00 |
|     Bank Charges & Fees | 269.41 |
|     Insurance | 18,160.66 |
|     Legal | 57,833.55 |
|     Office Expense | 5.00 |
|     Office Supplies | 183.98 |
|     Other Business Expenses | 5,039.50 |
|     Payroll Expenses - Fees | 1,485.00 |
|     Suspense | -11,278.33 |
|     **Travel & Entertainment** | |
|       Mobile Telephone | 236.58 |
|       Working Meals | 284.09 |
|       Parking | 128.70 |
|     **Total Travel & Entertainment** | 649.37 |
|   **Total General & Administrative** | 99,348.14 |
|   **Labor** | |
|     Severance | 1,903.85 |
|     Salaries Employees | 82,683.07 |
|     Payroll Taxes - Employees | 9,556.86 |
|     Vision Insurance | 1.67 |
|     Dental Insurance | 139.11 |
|     Health Insurance | 1,894.54 |
|     Insurance - Worker's Comp | 528.07 |
|     Flexible Spending Fees | 30.00 |
|     Recruitment | 1,330.67 |
|     Outside Services | 17,217.75 |
|     Visa Application Costs | -4.19 |
|   **Total Labor** | 115,281.40 |

**10:07 AM**
**04/02/25**
**Accrual Basis**

# Fortuna Auction LLC
# Profit & Loss
### January 1 through April 1, 2025

|  | Jan 1 - Apr 1, 25 |
|---|---:|
| **Marketing** | |
|     Shipping | 4,613.60 |
|     Consignment Marketing | 4,800.00 |
|     Call Center | 5,500.00 |
|     Digital Marketing | 11,689.53 |
|     Social Media/Influencer Marketi | 1,875.85 |
| **Total Marketing** | 28,478.98 |
| **Property Costs** | |
|     Real Estate Taxes | 0.00 |
|     Rent & Lease | 0.00 |
|     Internet | 399.94 |
|     Repairs & Maintenance | 0.00 |
|     Storage Costs | 1,128.72 |
| **Total Property Costs** | 1,528.66 |
| **Technology** | |
|     Licensed Software | |
|         Adobe | 245.96 |
|         GL Software | 616.98 |
|         Microsoft | 53.88 |
|         Office/General Administrative E | 65.32 |
|         Licensed Software - Other | 2,549.03 |
|     **Total Licensed Software** | 3,531.17 |
|     Email Hosting | 1,171.92 |
|     SMS | 10.34 |
|     Website Development Consultant | 3,000.00 |
|     Web Hosting | 410.70 |
| **Total Technology** | 8,124.13 |
| **Total Expense** | 252,761.31 |
| **Net Ordinary Income** | -186,711.13 |
| **Other Income/Expense** | |
|     Other Income | |
|         Employee Retention Credit | 71,668.74 |
| **Total Other Income** | 71,668.74 |

**10:07 AM**
**04/02/25**
**Accrual Basis**

# Fortuna Auction LLC
## Profit & Loss
### January 1 through April 1, 2025

|  | Jan 1 - Apr 1, 25 |
|---|---:|
| **Other Expense** | |
| **Interest Paid** | |
| **Interest - Avanza** | 20,799.96 |
| **Interest - Amerifi** | 16,971.61 |
| **Interest - Overton Funding** | 16,971.06 |
| **interest - Parkside Funding** | 16,625.00 |
| **Interest - Small Biz** | 0.00 |
| **Interest - Celtic Bank 2** | 1,614.47 |
| **Interest - EBF** | 13,672.50 |
| **Interest - Square** | 17,142.88 |
| **Interest - Celtic Bank** | 3,024.77 |
| **Interest - Specialty Capital** | 2,076.93 |
| **Interest - Breakout Capital** | 3,397.34 |
| **Interest Paid - Other** | 8,271.79 |
| **Total Interest Paid** | 120,568.31 |
| **Taxes & Licenses** | |
| **State Tax** | 725.00 |
| **Taxes & Licenses - Other** | 152.50 |
| **Total Taxes & Licenses** | 877.50 |
| **Taxes & Licenses - Sales Tax** | -328.73 |
| **Total Other Expense** | 121,117.08 |
| **Net Other Income** | -49,448.34 |
| **Net Income** | **-236,159.47** |