| 1 | INVENTORY# | SALE | LOT# | CLIENT | Description | Status | Value | **Next Step** |
|---|---|---|---|---|---|---|---|---|
|  | DE97-56 | 1124 | 216 | Ajmal Deen | Bezel-Set Diamond Tennis Bracelet in 14K, 3.34 CTW | Sold and Unpaid | $4,000.00 | Return? |
|  | DE97-57 | 1132 | 239 | Ajmal Deen | Pink Tourmaline Eternity Ring, 8.94 CTW | Sold and Unpaid | $4,250.00 | Return? |
|  | MA205-5 | 1137 | NA | Alyson Martin | Gem-Set Cluster Cufflinks | Unsold | $200.00 | Offer next auction |
|  | MA205-6 | 1137 | NA | Alyson Martin | Onyx Square Cufflinks | Unsold | $275.00 | Offer next auction |
|  | MA205-7 | 1137 | NA | Alyson Martin | Gold Cufflinks | Unsold | $350.00 | Offer next auction |
|  | MA205-8 | 1137 | NA | Alyson Martin | Engraved Gold Cufflinks | Unsold | $375.00 | Offer next auction |
|  | MA205-17 | 1137 | NA | Alyson Martin | Tiffany & Co. Silver and 14K Gold Cufflinks | Unsold | $650.00 | Offer next auction |
|  | MA205-4 | 1137 | NA | Alyson Martin | Vintage Diamond Flower Spray Brooch | Unsold | $700.00 | Offer next auction |
|  | MA205-3 | 1137 | NA | Alyson Martin | Gold Watch | Unsold | $1,050.00 | Offer next auction |
|  | MA205-16 | 1137 | NA | Alyson Martin | Three Stone Ring | Unsold | $1,300.00 | Offer next auction |
|  | MA205-13 | 1137 | NA | Alyson Martin | Sapphire and Diamond Ring | Unsold | $1,400.00 | Offer next auction |
|  | MA205-15 | 1137 | NA | Alyson Martin | Sapphire and Diamond Waterfall Ring | Unsold | $1,500.00 | Offer next auction |
|  | MA205-9 | 1137 | NA | Alyson Martin | Diamond Circle Pendant Necklace | Unsold | $2,250.00 | Offer next auction |
|  | MA205-12 | 1137 | NA | Alyson Martin | Diamond Cluster Ring | Unsold | $2,300.00 | Offer next auction |
|  | MA205-2 | 1137 | NA | Alyson Martin | Nardi Coral Rose Pin with Box | Unsold | $2,500.00 | Offer next auction |
|  | MA205-14 | 1137 | NA | Alyson Martin | Emerald Cluster Ring | Unsold | $2,600.00 | Offer next auction |
|  | MA205-10 | 1137 | NA | Alyson Martin | Gold Macaroni Bracelet | Unsold | $3,000.00 | Offer next auction |
|  | MA205-11 | 1137 | NA | Alyson Martin | Gold Link Bracelet | Unsold | $3,250.00 | Offer next auction |
|  | MA205-1 | 1137 | NA | Alyson Martin | Marquise Diamond Ring (Needs GIA) | Unsold | $10,000.00 | Offer next auction |
|  | K5003 | 1050 | NA | Andrew Kravit | Diamond ring setting (no center stone) | Unsold | $3,000.00 | Return |
|  | K3013 |  | NA | Andrew Kravit | Pink gemstone heart necklace | Unsold | $50.00 | Return |
|  | K3010 |  | NA | Andrew Kravit | Gold ring | Unsold | $100.00 | Return |
| 23 | M4002 |  | NA | Andrew Kravit | Black bead neckalce | Unsold | $100.00 | Return |
| 24 | K3021 |  | NA | Andrew Kravit | Diamond link necklace | Unsold | $300.00 | Return |
| 25 | K3020 |  | NA | Andrew Kravit | Bird enamel brooch | Unsold | $500.00 | Return |
| 26 | K3005 |  | NA | Andrew Kravit | Silver topped gold bracelet | Unsold | $500.00 | Return |
| 27 | K3018 |  | NA | Andrew Kravit | Trinity ring | Unsold | $500.00 | Return |
|  | K3002 |  | NA | Andrew Kravit | Diamond ring | Unsold | $500.00 | Return |
|  | K3011 |  | NA | Andrew Kravit | Antique earrings and pin | Unsold | $500.00 | Return |
| 29 | K3003 |  | NA | Andrew Kravit | Diamond flower brooch | Unsold | $750.00 | Return |
| 30 | K3022 |  | NA | Andrew Kravit | Diamond bracelet | Unsold | $1,000.00 | Return |
| 31 | K3023 |  | NA | Andrew Kravit | Bird turquoise brooch | Unsold | $1,000.00 | Return |
|  | SO46-5 | 1136 | 104 | Anna Sochocky | Two Unsigned Swiss Watches in 9K Gold | Unsold | $1,750.00 | Ask client to reoffer |
| 33 | BA151-875 | 1130 | 343 | Aron Bangiew | Diamond Necklace in 14k | Unsold | $3,250.00 | Return |
| 34 | BA151-1061 | 1130 | 244 | Aron Bangiew | Vintage Turquoise, Sapphire, and Diamond Earrings | Sold and Unpaid | $3,500.00 | Return |
| 35 | BA151-1179 | 1133 | 4043 | Aron Bangiew | Piaget Automatic in Gold Plate | Sold and Unpaid | $1,250.00 | Return |
| 36 | RR2005 | 1069 | 92 | C Elyse Leonard | Emerald and Diamond Frog Ring | Sold and Paid | $1,953.00 | Ship to buyer |

| # | Code | Col3 | Col4 | Client | Description | Status | Amount | Action |
|---|---|---|---|---|---|---|---|---|
| 37 | RA15-174 | 1070 | 2026 | C Elyse Leonard | Ruby and Diamond Lotus Flower Earrings | Sold and Paid | $3,125.00 | Ship to buyer |
| 38 | EL20-24 | 1070 | 2030 | C Elyse Leonard | Graduated Cultured Pearl and Diamond Necklace | Sold and Paid | $7,500.00 | Ship to buyer |
| 39 | BA151-255 | 1086 | 135 | C Elyse Leonard | No-Reserve Lot - Dyed Chalcedony and Diamond Bead Necklace | Sold and Paid | $341.25 | Ship to buyer |
| 40 | SI53-286 | 1087 | 2080 | C Elyse Leonard | Cultured Pearl Onyx and Diamond Pendant and Earrings | Sold and Paid | $1,250.00 | Ship to buyer |
|  | JE18-473 | 1087 | 2131 | C Elyse Leonard | Emerald Ruby and Diamond Bombe Ring | Sold and Paid | $3,125.00 | Ship to buyer |
| 42 | RA2-77 | 1087 | 2055 | C Elyse Leonard | Invisible-Set Ruby and Diamond Earrings | Sold and Paid | $3,437.50 | Ship to buyer |
| 43 | JE18-283 | 1087 | 2199 | C Elyse Leonard | Coral and Diamond Brooch | Sold and Paid | $3,437.50 | Ship to buyer |
| 44 | BE112-23 | 1087 | 2045 | C Elyse Leonard | Colored Diamond Panther Brooch | Sold and Paid | $4,062.50 | Ship to buyer |
| 45 | FE39-9 | 1137 | 5016 | Christina Fenton | Double strand pearl necklace | Unsold | $2,050.00 | Ask client to reoffer |
| 46 | YA26-603 | 1136 | 302 | Colette Zarry | Amethyst and Green Prasiolite Earrings | Sold and Paid | $884.61 | Ship to buyer |
| 47 | BA151-1204 | 1136 | 122 | Colette Zarry | Cartier Must de Ronde in Gold Vermeil over Sterling Silver | Sold and Paid | $2,994.06 | Ship to buyer |
| 48 | GO53-49 | 1129 | 2058 | Craig Brams | Vintage Diamond Ring | Unsold | $8,000.00 | Ask client to reoffer |
| 49 | KR17-6 | 1135 | 2055 | Davia Kramer | Lapis and Gold Collar Necklace | Unsold | $11,500.00 | Return |
| 50 | KR17-8 | 1136 | 365 | Davia Kramer | 5 Stick Pins, 1 Pendant, 2 Pair of Cufflinks | Unsold | $2,000.00 | Return |
| 51 | KR17-3 | 1137 | 4001 | Davia Kramer | Antique Diamond Pendant Watch | Sold and Unpaid | $2,000.00 | Return |
| 52 | FO42-24 | 1114 | 223 | David Foster | Opal and Diamond Pendant/Brooch with Chain | Unsold | $1,200.00 | Return |
| 53 | JA10-390 | 1137 | 5023 | David Segal | Art Nouveau pearl necklace | Sold and Paid | $375.00 | Ship to buyer |
| 54 | JA10-388 | 1137 | 5024 | David Segal | Edwardian diamond necklace | Sold and Paid | $500.00 | Ship to buyer |
| 55 | JA10-387 | 1137 | 5025 | David Segal | Edwardian diamond necklace | Sold and Paid | $500.00 | Ship to buyer |
| 56 | AA4007 | 1061 | 2048 | Deborah Alexander | Group of Chanel Vintage Fashion Costume Jewelry | Unsold | $12,500.00 | Offer next auction |
| 57 | LO55-2 | 1081 | 16 | Dianna Lolley | Omega Ladies' Watch in 14K Gold /w Box and Papers | Unsold | $1,500.00 | Ask client to reoffer |
| 58 | EL3-697 | 1110 | NA | Eli Frei | Diamond Earrings | Unsold | $2,150.00 | Return |
| 59 | EL3-839 | 1135 | 2056 | Eli Frei | Chopard Diamond Ring | Sold and Unpaid | $4,000.00 | Return |
| 60 |  |  |  | Eli Frei | 2 rings | Unsold | $500.00 | Return |
| 61 | AB28-16 | 1122 | 217 | ELLI ABRAMOV | Art Deco Diamond Bar Pin | Unsold | $1,750.00 | Return |
| 62 | AB28-17 | 1122 | 274 | ELLI ABRAMOV | Retro Fan Earclips | Unsold | $2,100.00 | Return |
| 63 | AB28-15 | 1122 | 219 | ELLI ABRAMOV | Art Deco Velvet and Diamond Bow Pin | Unsold | $2,250.00 | Return |
| 64 | AB28-12 | 1122 | 229 | ELLI ABRAMOV | Citrine and Diamond Chandelier Earclips | Unsold | $2,875.00 | Return |
| 65 | AB28-10 | 1123 | 2006 | ELLI ABRAMOV | Victorian Aquamarine and Enamel Ring Bracelet and Necklace Set | Unsold | $4,500.00 | Return |
| 66 | AB28-9 | 1123 | 2052 | ELLI ABRAMOV | Pomellato Emerald and Pave Black Diamond Solitaire Ring | Unsold | $5,000.00 | Return |
| 67 | LO67-1 | 1135 | 1001 | Eric Lorenz | Rolex Datejust Pyramid Dial In Steel and 18K Gold, with Box and Papers | Sold and Unpaid | $6,250.00 | Ask client to reoffer |
| 68 | DE102-1 | 1136 | 279 | Esther Healer | Graduated Ruby Beads | Sold and Paid | $687.50 | Ship to buyer |
| 69 | YA26-585 | 1136 | 220 | Esther Healer | Carved Lapis Earrings | Sold and Paid | $812.50 | Ship to buyer |
| 70 | YA26-594 | 1136 | 329 | Esther Healer | Opal Wide Band | Sold and Paid | $1,000.00 | Ship to buyer |
| 71 | AT8-157 | 1100 | 370 | Felicity Berryman Mary Anne Borman | Pearl and Diamond Ring | Sold and Paid | $1,395.00 | Ship to buyer |
| 72 | M2140 | 1015 | 201 | Fortuna | White Jade Bangle | Unsold | $300.00 | Offer next auction |
| 73 | NA | 1029 | 2316 | Fortuna | Raymond Yard 14K Gold Diamond and Sapphire Ladies Watch | Unsold | $1,500.00 | Offer next auction |

| # | Code | Col3 | Col4 | Consignor | Description | Status | Price | Action |
|---|---|---|---|---|---|---|---|---|
| 74 | AU11-3 | 1118 | 226 | Fortuna | Diamond Heart Pendant/Pin | Inventory | $522.50 | Offer next auction |
| 75 | NA | NA | NA | Fortuna | Diamond Heart Bracelet | Unsold | $200.00 | Offer next auction |
| 76 | NA | NA | NA | Fortuna | 14K gold chain 1.40 g | Unsold | $65.00 | Scrap |
| 77 | | | | Fortuna | Single strand pearl necklace with opal clasp | Unsold | $300.00 | Offer next auction |
| 78 | | | | Fortuna | Sea Magic Mikimoto Pearl Necklace | Unsold | $300.00 | Offer next auction |
| 79 | | | | Fortuna | Angel skin coral necklace and pair of earrings | Unsold | $400.00 | Offer next auction |
| 81 | | | | Fortuna | Diamond and Sapphire Pendant Necklace | Unsold | $500.00 | Offer next auction |
| 82 | | | | Fortuna | Three strand pearl bracelet with diamond clasp | Unsold | $800.00 | Offer next auction |
| 83 | | | | Fortuna | Diamond Ring Setting | Unsold | $1,000.00 | Offer next auction |
| 84 | | | | Fortuna | Three strand pearl necklace with diamond clasp | Unsold | $1,000.00 | Offer next auction |
| 85 | AU11-2 | | | Fortuna | Emerald and diamond ring | Unsold | $1,962.00 | Offer next auction |
| 86 | | | | Fortuna | silver necklace | Unsold | $10.00 | Scrap |
| 87 | | | | Fortuna | silver? portrait | Unsold | $10.00 | Scrap |
| 88 | | | | Fortuna | 14k gold chain | Unsold | $40.00 | Scrap |
| 89 | | | | Fortuna | Deer and pearl pin | Unsold | $50.00 | Scrap |
| 90 | | | | Fortuna | ring setting with trapeze diamonds | Unsold | $100.00 | Scrap |
| 91 | | | | Fortuna | Half Dollar Silver Coins and Other Coins | Unsold | $100.00 | Scrap |
| 92 | | | | Fortuna | amethyst silver ring | Unsold | $10.00 | Scrap? |
| 93 | | | | Fortuna | Large Cameo Low Gold Carat | Unsold | $10.00 | Scrap? |
| 94 | W9004 | 1027 | 296 | Fortuna | An Enamel and Diamond Scorpion Brooch, Italian | Unsold | $2,500.00 | Offer next auction |
| 95 | W9007 | 1029 | 2308 | Fortuna | Montblanc Stainless Steel Ref. 7036 Watch | Unsold | $750.00 | Offer next auction |
| 96 | NA | 1029 | 2366 | Fortuna | 10K Gold Bracelet | Unsold | $100.00 | Scrap |
| 97 | | | | Fortuna | Garnet necklace for scrap | Unsold | $50.00 | Scrap |
| 98 | NE38 | | | Gloria Nemeroff | Earrings | Unsold | $1,000.00 | Return |
| 99 | NE38 | | | Gloria Nemeroff | Necklace | Unsold | $1,000.00 | Return |
| 101 | | 1067 | 132 | Grady Roberts | Cartier Santos Dumont Ladies' Mother of Pearl Dial in 18K Gold | Unsold | $3,500.00 | Ask client to reoffer |
| 102 | ME64-1 | 1133 | 2012 | Helen Menefee | Yellow Sapphire and Diamond Ring | Unsold | $5,500.00 | Ask client to reoffer |
| 103 | SU37-12 | 1136 | 388 | Jamie Sullivan | Two Tone Square Emerald Pendant | Unsold | $2,750.00 | Return |
| 104 | RA2-206 | 1135 | 2060 | Jane Ramsey | Fine Emerald and Diamond Dome Ring | Unsold | $6,500.00 | Return |
| 105 | SE56-56 | 1094 | 108 | Jane Seibert | Diamond and Ruby Ring | Unsold | $1,250.00 | Return |
| 106 | SE56-9 | 1094 | 180 | Jane Seibert | Group of Multi-Gemstone and Diamond Jewelry | Unsold | $1,250.00 | Return |
| 107 | SE56-54 | 1094 | 292 | Jane Seibert | Tanzanite and Diamond Ring | Unsold | $1,250.00 | Return |
| 108 | SE56-11 | 1094 | 362 | Jane Seibert | Emerald Pendant and Emerald Ring | Unsold | $1,250.00 | Return |
| 109 | SE56-53 | 1094 | 130 | Jane Seibert | Mauboussin Earclips | Unsold | $1,500.00 | Return |
| 110 | SE56-41 | 1094 | 119 | Jane Seibert | Diamond Cluster Cocktail Ring | Unsold | $1,550.00 | Return |
| 111 | SE56-32 | 1094 | 280 | Jane Seibert | Burmese Ruby and Diamond Ring, GIA Certified | Unsold | $1,750.00 | Return |
| 112 | SE56-19 | 1094 | 214 | Jane Seibert | Unheated Sapphire and Diamond Pendant Necklace, GIA Certified | Unsold | $2,000.00 | Return |
| 113 | SE56-6 | 1094 | 363 | Jane Seibert | Emerald and Diamond Cocktail Ring | Unsold | $2,000.00 | Return |
| 114 | SE56-22 | 1094 | 224 | Jane Seibert | Burma Unheated Sapphire and Diamond Ring, GIA Certified | Unsold | $2,500.00 | Return |
| 115 | | | | Jane Seibert | Gold bracelet | Unsold | $800.00 | Return |
| 116 | DO9-1 | 1135 | 2053 | Jennifer Dorn | Cartier Love Bracelet with Box and Service Paperwork | Sold and Unpaid | $5,000.00 | Ask client to reoffer |
| 117 | HO5-158 | 1132 | 345 | Jerry Hogan | Pearl and Spiral Enamel Long Necklace | Sold and Unpaid | $3,250.00 | TBD |

| # | Code | Num1 | Num2 | Name | Description | Status | Price | Action |
|---|---|---|---|---|---|---|---|---|
| 118 | DE101-2 | 1132 | 368 | Jodie Dees | Sapphire and Diamond Ring | Unsold | $3,500.00 | Ask client to reoffer |
| 119 | DE101-3 | 1132 | 370 | Jodie Dees | Flush Set Sapphire and Diamond Ring | Unsold | $3,500.00 | Ask client to reoffer |
| 120 | DE101-1 | 1132 | 258 | Jodie Dees | Diamond Cluster Earrings | Unsold | $4,500.00 | Ask client to reoffer |
| 121 | | | | Jody Johnson | Gold plated watch return | Unsold | $100.00 | Return |
| 122 | HO74-3 | 1136 | 358 | John Holleman | Diamond Wedding Set | Unsold | $3,500.00 | Ask client to reoffer |
| 123 | HU62-18 | 1128 | 276 | John Quillinan | Appalachian Gold Bracelet, Carnelian Gold Ring and Pansy Pin Set | Sold and Paid | $1,200.00 | Ship to buyer |
| 124 | EM3-332 | 1135 | 2014 | Judith Trembath | Pink Sapphire Cluster Earrings | Sold and Paid | $7,187.50 | Ship to buyer |
| 125 | RO125-1 | 1116 | 123 | Laura Kocs | Baume & Mercier Vintage Diamond Bracelet Watch | Sold and Paid | $2,340.00 | Ship to buyer |
| 126 | DA68-2140 | 1110 | 214 | Lubov Chernukhin | Diamond Woven Bangle | Sold and Paid | $1,690.00 | Ship to buyer |
| 127 | YA26-448 | 1110 | 269 | Lubov Chernukhin | Pink Sapphire and Diamond Flower Earrings | Sold and Paid | $1,950.00 | Ship to buyer |
| 128 | DI33-125 | 1110 | 279 | Lubov Chernukhin | Diamond Earrings | Sold and Paid | $1,950.00 | Ship to buyer |
| 129 | YA26-449 | 1110 | 280 | Lubov Chernukhin | Ruby and Diamond Bypass Ring | Sold and Paid | $1,950.00 | Ship to buyer |
| 130 | YA26-440 | 1110 | 233 | Lubov Chernukhin | Colored Sapphire Chain Necklace | Sold and Paid | $2,340.00 | Ship to buyer |
| 131 | DI33-129 | 1110 | 274 | Lubov Chernukhin | Emerald and Diamond Ring | Sold and Paid | $2,340.00 | Ship to buyer |
| 132 | EM3-221 | 1110 | 140 | Lubov Chernukhin | Pearl Pink Sapphire and Diamond Flower Ring | Sold and Paid | $3,250.00 | Ship to buyer |
| 133 | KA95-4 | 1110 | 175 | Lubov Chernukhin | Vintage Sapphire and Diamond Ring | Sold and Paid | $3,250.00 | Ship to buyer |
| 134 | DA2-44 | 1110 | 174 | Lubov Chernukhin | Sapphire and Diamond Earrings | Sold and Paid | $3,900.00 | Ship to buyer |
| 135 | KA26-22 | 1110 | 251 | Lubov Chernukhin | Emerald and Pearl Chain Necklace | Sold and Paid | $4,225.00 | Ship to buyer |
| 136 | DA68-1939 | 1110 | 220 | Lubov Chernukhin | Emerald Cut Diamond Eternity Band, 4.48 CTW | Sold and Paid | $7,150.00 | Ship to buyer |
| 137 | JA62-9 | 1077 | 65 | Maha Al-Naemi | Adler Diamond and Onyx Earrings | Sold and Paid | $1,375.00 | Ship to buyer |
| 138 | SU34-6 | 1078 | 2154 | Maha Al-Naemi | Pear Shaped Diamond Drop Earrings | Sold and Paid | $4,062.50 | Ship to buyer |
| 139 | KO8-19 | 1078 | 2170 | Maha Al-Naemi | Pearl and Diamond Necklace, Italian | Sold and Paid | $8,750.00 | Ship to buyer |
| 140 | EM5-144 | 1078 | 2121 | Maha Al-Naemi | Oscar Friedman Pink Sapphire and Diamond Link Bracelet, GIA Certified | Sold and Paid | $15,000.00 | Ship to buyer |
| 141 | KR20-99 | 1078 | 2188 | Maha Al-Naemi | Diamond Openwork Collar Necklace | Sold and Paid | $25,000.00 | Ship to buyer |
| 142 | AL77-7 | 1122 | 267 | Maha Al-Naemi | Ruby and Diamond Bypass Ring | Unsold | $2,500.00 | Ship to buyer |
| 143 | AL77-5 | 1123 | 2079 | Maha Al-Naemi | Multi-Shaped Diamond Earrings | Unsold | $4,000.00 | Ship to buyer |
| 144 | AL77-2 | 1123 | 2050 | Maha Al-Naemi | Emerald and Diamond Pendant Necklace, GIA Certified | Unsold | $6,000.00 | Ship to buyer |
| 145 | HO75-3 | 1136 | 390 | Mary Howorth | Ruby and Diamond Ring | Unsold | $1,750.00 | TBD |
| 146 | HO75-2 | 1136 | 391 | Mary Howorth | Curved Ruby Bangle | Unsold | $3,500.00 | TBD |
| 147 | HO75-1 | 1136 | 389 | Mary Howorth | Diamond Line Bracelet | Unsold | $4,000.00 | TBD |
| 148 | ES11-19 | 1137 | NA | Merrill Essex | Emerald and diamond ring | Unsold | $850.00 | Offer next auction |
| 149 | ES11-55 | 1137 | NA | Merrill Essex | H.Stern gold necklace | Unsold | $850.00 | Offer next auction |
| 150 | ES11-53 | 1137 | NA | Merrill Essex | B.Mercier gold watch | Unsold | $1,500.00 | Offer next auction |
| 151 | ES11-43 | 1137 | NA | Merrill Essex | Gold bracelet | Unsold | $1,750.00 | Offer next auction |
| 152 | ES11-31 | 1137 | NA | Merrill Essex | Two carnelian intaglios rings (4 items) | Unsold | $2,000.00 | Offer next auction |
| 153 | ES11-33 | 1137 | NA | Merrill Essex | Jade brooch,Tiffany brooch,Pearl and diamond brooch (ES11-33-36-37) | Unsold | $2,000.00 | Offer next auction |
| 154 | ES11-42 | 1137 | NA | Merrill Essex | Locket pendant with Hebrew letters | Unsold | $2,100.00 | Offer next auction |
| 155 | ES11-25 | 1137 | NA | Merrill Essex | Diamond and sapphire signet ring and diamond ring w/mq shape(ES11-25/26) | Unsold | $2,150.00 | Offer next auction |
| 156 | ES11-35 | 1137 | NA | Merrill Essex | Carnelian Hebrew letters brooch and Coin necklace (ES11-34/35) | Unsold | $2,150.00 | Offer next auction |

| # | Code | Num1 | Num2 | Name | Description | Status | Amount | Action |
|---|---|---|---|---|---|---|---|---|
| 157 | ES11-20 | 1137 | NA | Merrill Essex | Jet intaglio gold ring; Gold carnelian ring(ES11-20/21) | Unsold | $2,350.00 | Offer next auction |
| 158 | ES11-45 | 1137 | NA | Merrill Essex | Platinum and diamond pin,Ruby bar pin,Seed pearl pin,Collection of 9 stick-pins (ES11-45-46-47-48) | Unsold | $2,400.00 | Offer next auction |
| 159 | ES11-54 | 1137 | NA | Merrill Essex | Piaget gold watch | Unsold | $2,500.00 | Offer next auction |
| 160 | ES11-50 | 1137 | NA | Merrill Essex | Pearl necklace 18 inches long | Unsold | $3,000.00 | Offer next auction |
| 161 | ES11-56 | 1137 | NA | Merrill Essex | H.Stern 7-strands gold necklace | Unsold | $3,250.00 | Offer next auction |
| 162 | ES11-18 | 1137 | NA | Merrill Essex | Approx .2.12 carats brownish yellow diamond ring | Unsold | $3,500.00 | Offer next auction |
| 163 | ES11-49 | 1137 | NA | Merrill Essex | Pearl necklace 36 inches long | Unsold | $3,500.00 | Offer next auction |
| 164 | ES11-52 | 1137 | NA | Merrill Essex | Large K.Naterman pocket watch | Unsold | $3,500.00 | Offer next auction |
| 165 | ES11-22 | 1137 | NA | Merrill Essex | Carnelian intaglio Hebrew latter ring (3 Rings) (ES11-22/23/24) | Unsold | $4,250.00 | Offer next auction |
| 166 | ES11-38 | 1137 | NA | Merrill Essex | Large cameo pin,Flying dragon pin,Gold running figure,Salamander brooch(ES-38-39-40-41) | Unsold | $4,750.00 | Offer next auction |
| 167 | AV2-673 | 1135 | 2011 | Michael Avis | Moonstone and Diamond Earrings | Sold and Unpaid | $2,500.00 | TBD |
| 168 | EL35-2 | 1137 | NA | Michelle Elsdon | Aquamrine ring | Unsold | $1,250.00 | Offer next auction |
| 169 | EL35-1 | 1137 | NA | Michelle Elsdon | Gold watch | Unsold | $2,500.00 | Offer next auction |
| 170 | ZH17-3 | 1135 | 2049 | Minjing Zhong | Bvlgari Large Diva Pendant Necklace | Unsold | $5,500.00 | Return |
| 171 | ZH17-4 | 1135 | 2050 | Minjing Zhong | Bvlgari Divas Dream Necklace | Sold and Unpaid | $4,500.00 | TBD |
| 189 | A3005 | 1067 | 125 | Muhannad Abulhas | Wittnauer Field Watch in Steel | Unsold | $650.00 | Ask client to reoffer |
| 190 | NA | NA | NA | Muhannad Abulhas | Watch | Unsold | $100.00 | ASk client to reoffer |
| 191 | KA95-18 | 1138 | NA | Nabilah Karbal | Natural Pearl Necklace, GIA | Unsold | $4,500.00 | Offer next auction |
| 192 | WI86-4 | 1136 | 299 | Nathan Willis | 11.39-Carat Burmese Unheated Blue Star Sapphire Loose Gemstone, GIA Certified | Unsold | $5,500.00 | ASk client to reoffer |
| 193 | WI86-3 | 1136 | 300 | Nathan Willis | 24.83-Carat Burmese Unheated Blue Star Sapphire Loose Gemstone, GIA Certified | Unsold | $8,500.00 | ASk client to reoffer |
| 194 | UN79-37 | 1124 | 307 | Nick Kothari | Citrine and Diamond Necklace | Sold and Unpaid | $1,500.00 | TBD |
| 195 | UN79-41 | 1132 | 366 | Nick Kothari | Ruby and Pearl Long Necklace | Sold and Unpaid | $2,500.00 | TBD |
| 196 | UN79-30 | 1132 | 377 | Nick Kothari | Bi-Color Sapphire and Colored Diamond Pendant | Sold and Unpaid | $6,000.00 | TBD |
| 197 | UN79-32 | 1132 | 364 | Nick Kothari | Ruby and Pearl Rope Length Necklace | Sold and Unpaid | $6,500.00 | TBD |
| 198 | UN79-31 | 1133 | 2005 | Nick Kothari | 8.45-Carat Burmese Ruby and Diamond Halo Ring in 18K, GRS Certified | Unsold | $15,000.00 | TBD |
| 199 | UN79-44 | 1136 | 215 | Nick Kothari | Moonstone and Crystal Beaded Necklace | Unsold | $1,750.00 | TBD |
| 200 | UN79-35 | 1136 | 224 | Nick Kothari | Amethyst Eternity Flex Band in 18K | Unsold | $2,500.00 | TBD |
| 201 | UN79-45 | 1136 | 280 | Nick Kothari | Red Spinel and Diamond Earrings | Unsold | $2,875.00 | TBD |
| 202 | UN79-48 | 1136 | 250 | Nick Kothari | Two Tone Emerald and Diamond Band | Unsold | $3,125.00 | TBD |
| 203 | UN79-42 | 1136 | 277 | Nick Kothari | Long Ruby and Pearl Necklace | Unsold | $3,500.00 | TBD |
| 204 | UN79-43 | 1136 | 246 | Nick Kothari | Aventurine and Crystal Beaded Necklace | Unsold | $4,000.00 | TBD |
| 205 | UN79-46 | 1136 | 248 | Nick Kothari | Jade and Diamond Ring | Unsold | $4,500.00 | TBD |
| 206 | UN79-29 | 1136 | 223 | Nick Kothari | Large Amethyst Drop and Diamond Earrings | Unsold | $5,000.00 | TBD |
| 207 | | | | Nicole Dilliberty | Tiffany & Co. pearl bracelet (broken) with box and silver pearl studs | Unsold | $1,125.00 | Return |
| 208 | GU25-16 | 1136 | 364 | Nina Guzzetta | Sapphire and Diamond Geometric Earclips | Unsold | $2,500.00 | ask client to reoffer |
| 209 | GU25-18 | 1136 | 363 | Nina Guzzetta | Sapphire and Diamond Tennis Bracelet | Unsold | $3,000.00 | ask client to reoffer |

| # | Code | Num1 | Num2 | Name | Description | Status | Amount | Action |
|---|---|---|---|---|---|---|---|---|
| 210 | SE56-45 | 1088 | 282 | Pacific Property Holdings c/o Dundee Trust Limited HK | Antique Cartier Checkbook | Sold and Paid | $937.50 | Ship to buyer |
| 223 | JA10-392 | 1137 | 5035 | Patrick Stout | Vintage aqua and diamond pendant | Sold and Unpaid | $1,400.00 | TBD |
| 224 | SC15-3 | | | Peter Schneirla | Rolex | Unsold | $13,500.00 | Offer next auction |
| 225 | Z001 | 1039 | 3001 | Peter Zhou | Antique Chinese Silver Sycees | Unsold | $5,500.00 | Offer next auction |
| 226 | BL49-28 | 1102 | 25 | Randall Blumenthal | Universal Geneve Gold Bullion Watch in 14K Rose Gold | Unsold | $3,500.00 | Return |
| 227 | | | | Richard Hubbard | Pocket Watch Chain and Earrings | Unsold | $50.00 | Return |
| 228 | | | | Richard Hubbard | Pearl Necklace with GIA | Unsold | $300.00 | Return |
| 229 | | | | Richard Hubbard | Pearl Necklace with GIA | Unsold | $300.00 | Return |
| 230 | | | | Richard Hubbard | Pearl Necklace with GIA | Unsold | $300.00 | Return |
| 231 | RA44-58 | 1122 | 218 | Rick Shatz | Antique Diamond Starburst Brooch | Unsold | $2,500.00 | Return |
| 232 | RA44-75 | 1129 | 2021 | Rick Shatz | Gucci Turquoise and Diamond Long Necklace | Unsold | $8,250.00 | Return |
| 233 | RA44-76 | 1129 | 2019 | Rick Shatz | Large Aquamarine and Diamond Cocktail Ring | Unsold | $8,500.00 | Return |
| 234 | RA44-27 | 1129 | 2023 | Rick Shatz | Buccellati Malachite Pendant on Chain | Unsold | $11,000.00 | Return |
| 235 | A1009 | 1057 | 2301 | Samuel de Moya III | Diamond and Enamel Ring | Sold and Paid | $2,200.00 | Ship to buyer |
| 238 | MA153-375 | 1086 | 96 | Sandra Greenberg | Aquamarine Sapphire and Diamond Ring | Sold and Paid | $3,093.09 | Ship to buyer |
| 239 | S1090 | 1035 | 78 | Shawn Chang | Longines Oversized Calatrava Ref. 6247 in 18K Pink Gold | Sold and Paid | $935.34 | Ship to buyer |
| 240 | BA159-13 | 1090 | 22 | Simon Barkagan | Gold Filled Dual Time Pocket Watch | Unsold | $1,500.00 | Return |
| 242 | BA159-21 | 1090 | 38 | Simon Barkagan | Black Starr & Frost 9K Rose Gold Lapel Watch | Unsold | $1,500.00 | Return |
| 243 | GO75-1 | 1137 | 5006 | Steve Gonthier | Diamond Gold Hinged Bangle | Unsold | $4,500.00 | Ask client to reoffer |
| 244 | DA46-18 | 1119 | 2094 | Tarun Dangayach | Bi-Color Diamond Flower Pendant Necklace | Unsold | $3,250.00 | Return |
| 245 | DA46-48 | 1135 | 2025 | Tarun Dangayach | Diamond Bracelet | Unsold | $6,750.00 | Return |
| 246 | DA46-49 | 1135 | 2022 | Tarun Dangayach | Diamond Forward Facing Hoops | Unsold | $8,250.00 | Return |
| 247 | DA46-20 | 1136 | 209 | Tarun Dangayach | Diamond Butterfly Ring | Unsold | $1,000.00 | Return |
| 248 | DA46-35 | 1136 | 221 | Tarun Dangayach | Flexible Diamond Wrap Ring | Unsold | $1,000.00 | Return |
| 249 | DA46-19 | 1136 | 237 | Tarun Dangayach | Black and White Diamond Ring | Unsold | $1,250.00 | Return |
| 250 | DA46-21 | 1136 | 284 | Tarun Dangayach | Pave Yellow and White Diamond Band | Unsold | $2,000.00 | Return |
| 251 | DA46-27 | 1136 | 238 | Tarun Dangayach | Flexible Diamond Band | Unsold | $2,500.00 | Return |
| 252 | DA46-29 | 1136 | 272 | Tarun Dangayach | Pearl and Multi-Colored Diamond Ring | Unsold | $2,500.00 | Return |
| 253 | DA46-23 | 1136 | 285 | Tarun Dangayach | Multi-Color Diamond Flower Ring | Unsold | $2,500.00 | Return |
| 254 | DA46-40 | 1136 | 291 | Tarun Dangayach | Fancy Yellow Diamond Crawler Earrings | Unsold | $2,625.00 | Return |
| 255 | DA46-32 | 1136 | 292 | Tarun Dangayach | Yellow Diamond Bypass Ring | Unsold | $3,000.00 | Return |
| 256 | DA46-34 | 1136 | 214 | Tarun Dangayach | Spessartite Garnet and Diamond Ring | Unsold | $3,500.00 | Return |
| 257 | DA46-31 | 1136 | 290 | Tarun Dangayach | Fancy Yellow Diamond Eternity Band | Unsold | $3,875.00 | Return |
| 258 | DA46-44 | 1136 | 242 | Tarun Dangayach | Fancy Shape Diamond Necklace | Unsold | $4,000.00 | Return |
| 259 | DA46-28 | 1136 | 203 | Tarun Dangayach | Paraiba Tourmaline and Diamond Ring | Unsold | $4,500.00 | Return |
| 260 | DA46-45 | 1136 | 207 | Tarun Dangayach | Pink Sapphire and Diamond Necklace | Unsold | $4,500.00 | Return |
| 261 | DA46-22 | 1136 | 211 | Tarun Dangayach | Sphene and Diamond Ring | Unsold | $4,500.00 | Return |
| 262 | DA46-36 | 1136 | 293 | Tarun Dangayach | Yellow Diamond Spiral Ring | Unsold | $4,500.00 | Return |
| 263 | DA46-43 | 1136 | 244 | Tarun Dangayach | Emerald and Diamond Necklace | Unsold | $5,500.00 | Return |

| 264 | LU38-8 | 1137 | 4004 | Travis Ludwig | Breitling Premier in Steel | Unsold | $3,000.00 | Ask client to reoffer |
|---|---|---|---|---|---|---|---|---|
| 265 | LU38-7 | 1137 | 4005 | Travis Ludwig | Angelus Chronodato in 18K Gold | Sold and Unpaid | $3,000.00 | Ask client to reoffer |
| 266 | | | | | | | | |
| 267 | | | | | | | | |
| 271 | | | | | | | | |
| 272 | | | | | | | | |
| 276 | | | | | | | | |
| 277 | | | | | | | | |
| 278 | | | | | | | | |
| 279 | | | | | | | | |
| 280 | | | | | | | | |
| 281 | | | | | | | | |
| 282 | | | | | | | | |
| 283 | | | | | | | | |
| 284 | | | | | | | | |
| 285 | | | | | | | | |
| 286 | | | | | | | | |
| 287 | | | | | | | | |
| 288 | | | | | | | | |
| 289 | | | | | | | | |
| 290 | | | | | | | | |
| 291 | | | | | | | | |
| 292 | | | | | | | | |
| 293 | | | | | | | | |
| 294 | | | | | | | | |
| 295 | | | | | | | | |