**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                  :

                                                                         :                    Chapter 11

                                                                         :

FORTUNA AUCTION LLC,                            :                    Case No. 25-10632 (MG)

                                                                         :

                                        Debtor.               :                    SubChapter V

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1.      I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2.      On the 26th day of November 2025, I served copies of:

- Debtor's First Amended Chapter 11 (Subchapter V) Plan of Reorganization [Docket No. 74];

- Order Scheduling Hearing on Confirmation of Subchapter V Plan of Reorganization and Fixing Deadlines for Voting to Accept or Reject Plan and Objecting to Plan [Docket No. 75];

- Notice of Hearing to Consider Confirmation of the Plan and the Objection Deadline Related Thereto;

- Ballot for Accepting or Rejecting Debtor's First Amended Plan of Reorganization for Small Business Under Subchapter V of Chapter 11, Class 3; and

- Notice of Filing of Motion of Debtor, Pursuant to Fed. R. Bankr. P. 9019, for an Order Approving the Stipulation By and Among Fortuna Auction LLC, Herbert John Saxon and EBF Holdings LLC d/b/a Everest Business Funding

by email upon those parties, including corresponding email addresses listed on **Schedule A**.

3.      On the 26th day of November 2025, I served copies of:

- Debtor's First Amended Chapter 11 (Subchapter V) Plan of Reorganization [Docket No. 74];

- Order Scheduling Hearing on Confirmation of Subchapter V Plan of Reorganization and Fixing Deadlines for Voting to Accept or Reject Plan and Objecting to Plan [Docket No. 75];

- Notice of Hearing to Consider Confirmation of the Plan and the Objection Deadline Related Thereto;

- Ballot for Accepting or Rejecting Debtor's First Amended Plan of Reorganization for Small Business Under Subchapter V of Chapter 11, Class 4; and

- Notice of Filing of Motion of Debtor, Pursuant to Fed. R. Bankr. P. 9019, for an Order Approving the Stipulation By and Among Fortuna Auction LLC, Herbert John Saxon and EBF Holdings LLC d/b/a Everest Business Funding

by email upon those parties, including corresponding email addresses listed on **Schedule B**.

- Debtor's First Amended Chapter 11 (Subchapter V) Plan of Reorganization [Docket No. 74];

- Order Scheduling Hearing on Confirmation of Subchapter V Plan of Reorganization and Fixing Deadlines for Voting to Accept or Reject Plan and Objecting to Plan [Docket No. 75];

- Notice of Hearing to Consider Confirmation of the Plan and the Objection Deadline Related Thereto; and

- Notice of Filing of Motion of Debtor, Pursuant to Fed. R. Bankr. P. 9019, for an Order Approving the Stipulation By and Among Fortuna Auction LLC, Herbert John Saxon and EBF Holdings LLC d/b/a Everest Business Funding

by email upon those parties, including corresponding email addresses listed on **Schedule C**.

4.      On the 26th day of November 2025, I served copies of:

- Debtor's First Amended Chapter 11 (Subchapter V) Plan of Reorganization [Docket No. 74];

- Order Scheduling Hearing on Confirmation of Subchapter V Plan of Reorganization and Fixing Deadlines for Voting to Accept or Reject Plan and Objecting to Plan [Docket No. 75];

- Notice of Hearing to Consider Confirmation of the Plan and the Objection Deadline Related Thereto; and

- Notice of Filing of Motion of Debtor, Pursuant to Fed. R. Bankr. P. 9019, for an Order Approving the Stipulation By and Among Fortuna Auction LLC, Herbert John Saxon and EBF Holdings LLC d/b/a Everest Business Funding

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule D**.

5.    On the 26th day of November 2025, I served copies of:

- Debtor's First Amended Chapter 11 (Subchapter V) Plan of Reorganization [Docket No. 74];

- Order Scheduling Hearing on Confirmation of Subchapter V Plan of Reorganization and Fixing Deadlines for Voting to Accept or Reject Plan and Objecting to Plan [Docket No. 75];

- Notice of Hearing to Consider Confirmation of the Plan and the Objection Deadline Related Thereto;

- Ballot for Accepting or Rejecting Debtor's First Amended Plan of Reorganization for Small Business Under Subchapter V of Chapter 11, Class 4; and

- Notice of Filing of Motion of Debtor, Pursuant to Fed. R. Bankr. P. 9019, for an Order Approving the Stipulation By and Among Fortuna Auction LLC, Herbert John Saxon and EBF Holdings LLC d/b/a Everest Business Funding

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule E**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 2, 2025

*/s/Lily Nevins-Perle*
Lily Nevins-Perle

## Schedule A

| | |
|---|---|
| Jewelry World | jewelryworld305@gmail.com; |
| Gloria Nemeroff | gloryn1267@yahoo.com; |
| BNB Luxury LLC | bnbtradingllc@yahoo.com; |
| Jamie Sullivan | jsullivan@lawfirmofbernstein.com; |
| Expressions by Edith | edith@expressionsbyedith.com; |
| Jane Becker (JB Jewels) | janeatjbjewels@gmail.com; |
| Morelle Davidson (UK) Ltd | events@morelledavidson.com; |
| Gina Lommerin | Glommerin@gmail.com; |
| Hope Antique & Estate Jewelry, LLC | annandrades@aol.com; |
| Joseph Dardashti Ltd | josephdltd@msn.com; |
| M. Khordipur Inc. | info@mkhordipour.com; |
| Richard Robb | rprobb1@gmail.com; |
| Jerry Gil & Company | jerry@jerrygil.com; |
| Yashi USA Inc. | razznyc@gmail.com; |
| Barry Weintraub | barryweintraub@mac.com; |
| Lissberger Enterprises | lissbergerent@aol.com; |
| BK Imports | benkhorsandi2@gmail.com; |
| Michiyo Yamazaki | snsmichiyo@gmail.com; |
| Sara Alvarez | salvarez724@yahoo.com; |
| Alan Israel | messcup94@gmail.com; |
| Emsaru Jewels Corp. | atul@emsaru.com; |
| Jenn's Antiques Inc. | jenns.antique@gmail.com; |

Burchard Galleries                    Randy@burchardgalleries.com;

PH Gems International                  rkala@aol.com;

Jody Johnson                          jodyj@bendbroadband.com

Marie Molinet                         mtmolinet@gmail.com;

Lashunda Long                         nia00036@gmail.com;

Neil Doughty                          ndoughty11@msn.com;

Mary Bianchi Harrington               maryhbianchi@gmail.com;

Treasure Mountings Inc.               johnm@diamondclubjewelry.com;

Robyn Wolfson                         zowie57@gmail.com;

Aletto Bros                           info@alettobrothers.com;

A2M Gems Inc                          a2mgems@aol.com;

Alan Eaton                            eatonx@gmail.com;

Ambuy International                   ga1014@aol.com;

Christopher Walling Jewelry           cwny@live.com;

Color Jewels Inc.                     tarun@colorjewels.net;

Dana Green                            dana.green@nytimes.com;

David Foster                          DFoster@fostermurphy.com;

Diacraft Co., Ltd.                    aga63@yahoo.com;

E.F. Gem                              craig@efgem.com;

Galapo Diamonds                       hello@galapodiamonds.com;

Inez Bon                              inezbon@gmail.com;

Jane Seibert                          janeseibert97@gmail.com;

Jerry Hogan Inc.                      jerryhoganinc@gmail.com;

| | |
|---|---|
| Jesse Alvarado | jesse.alvarado45@yahoo.com; |
| Jesus Ortiz | paujes03@yahoo.com; |
| Jewelry Appraisal Laboratory | daviak@aol.com; |
| Joe Flaccavento | bh7675@optonline.net; |
| Judith Noel | jbsmarston@gmail.com; |
| Limra Gems Co., Ltd | limragemsbkk@yahoo.com; |
| M. Leigh Jewelry Designs | mhagman333@gmail.com; |
| Madhuka Weerasinghe | bluelinetradinginfo@gmail.com; |
| Maha Al-naemi | maha.alnaemi@gmail.com; |
| Manal Soliman | manalsoliman21733@hotmail.com; |
| Margaret Martin | rosewoodfarm01@gmail.com; |
| Marina J | alexisxaton@gmail.com; |
| Melidam Enterprises Inc. | dradunsky@gmail.com; |
| Melissa Rosenbloom | melisrosen@aol.com; |
| Mordechai Gringras | rabbigringras@gmail.com; |
| Nekesha Sawh | nekesha.sawh@icloud.com; |
| Nhung Dang | hongnhung151@yahoo.com; |
| Peter Indorf Designs | peter@peterindorf.com; |
| Peter Lennep | peter@vanlennepandco.com; |
| Queu Ventures | dmcalex16@gmail.com; |
| Rachel Casaclang-Szell | rcasaszell@gmail.com; |
| Randall Blumenthal | rablumenthal@gmail.com; |
| Richard Hubbard | rkhubbard54@gmail.com; |

| | |
|---|---|
| Rick Shatz Inc. | info-rickshatz.com@shared1.ccsend.com; |
| Simon Barkagan | sbmd01@aol.com; |
| Southern Utah Gem & Jewelry Appraisals | patrick@suappraisals.com; |
| Stacy Butler | stacy.a.butler@gmail.com; |
| Surana Jewelers of Jaipur | ajaysurana001@hotmail.com; |
| Tanja Hernandez | tanjaperic33@yahoo.com; |
| Tibet Treasures, Inc. | phunde@yahoo.com; |
| Universal Gems | nk@universalgemshk.com; |
| Vanessa Barros | vanessact91@gmail.com; |
| Varda Singer | vs10@aol.com; |
| Zaw Win | Whitelotus3000@gmail.com; |
| Isaac Antiques | isaacsantiques@aol.com; |
| Jewelry Artisans | contact@jewelryartisans.com; |
| Qun Chu | lydia.chuqun@qq.com; and |
| Ryuin He | joanna.he88@gmail.com |

## Schedule B

| | |
|---|---|
| JP Morgan Chase | chasepocnotification@rasflaw.com; |
| Malca Amit USA LLC | Shanaz.nyc@malca-amit.com; |
| JP Morgan Chase | pocquestions@nbsdefaultservices.com; |
| American Express National Bank | proofofclaim@becket-lee.com; |
| 608 Company LLC | ndwork@rosenbergestis.com; |
| Overton Funding LLC & Parkside Funding Group LLC | skaminski@kaminskilawpllc.com; |
| Par Plumbing Co., Inc. | jsantina@pargroup.com; |
| Fisher Phillips | abasil@fisherphillips.com; |
| Christina Designs | deco1@verizon.net; |
| Tenhagen Appraisals | jane@tenhagen-appraisals.com; and |
| Herbert Saxon & Education + Implementation Services LLC | herbertsaxon@gmail.com |

## Schedule C

| | |
|---|---|
| Shoshana Gol | sgol47@aol.com; |
| Almor Design Inc. | heskiabrother@aol.com; |
| Kate Fisher | k8fisher@gmail.com; |
| Anissa Carroll | anissacarroll1011@gmail.com; |
| Architectural Elegance Incorporated | wforehand5@gmail.com; |
| Texas Comptroller of Public Accounts | bankruptcytax@oag.texas.gov; |
| Spectrum Digitals | nishanth@spectrumdigitals.com; |
| Eli Frei LLC | eli@elifrei.com; |
| State of New Jersey – Division of Taxation | m.umar.butt@treas.nj.gov; |
| American Gemstone | agh47w47@gmail.com; and |
| Gene Rosen<br>Counsel to Amerifi | gene@generosen.com |

## Schedule D

Attn: President or Principal
Avanza Capital Holdings LLC
40 Wall Street, 28th Floor
New York, NY 10005-1383

Attn: President or Principal
Bluevine
30 Montgomery Street, Suite 1400
Jersey City, NJ 07302-3857

Attn: President or Principal
Rapid Finance &
Small Business Financial Solutions LLC
4500 East West Highway, 6th Floor
Bethesda, MD 20814-3327

Attn: President or Principal
Specialty Capital LLC
224 W 35th Street
Suite 500, Unit 583
New York, NY 10001-2538

Attn: President or Principal
Square Financial Services, Inc.
3165 E. Millrock Drive, Suite 160
Salt Lake City, UT 84121-5987

Attn: President or Principal
Square Financial Services, Inc.
1955 Broadway, Suite 600
Oakland, CA 94612-2205

Attn: President or Principal
Square Funding LLC d/b/a Square Advance
90 E. Halsey Road
Parsippany, NJ 07054-3713

## **Schedule E**

Attn: President or Principal
Bank of America
P.O. Box 660441
Dallas, TX 75266-0441